United States District Court
Southern District of Texas
FILED

AUG 1 1 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN JOSE MIRELES,<br>**Plaintiff,** | § | |
| v. | § | Civil Action No. B-04-135 |
| UNITED STATES OF AMERICA,<br>**Defendant.** | § | |

### PLAINTIFF'S ORIGINAL COMPLAINT

1. Plaintiff is an individual.

2. Defendant, the United States of America, may be served by delivering a copy of the summons and complaint to the United States Attorney for the Southern District of Texas, and by sending a copy of the summons and complaint by certified mail to: the Attorney General of the United States at Washington, D.C., and the United States Department of Homeland Security.

3. The Court has jurisdiction because this suit is pursuant to *28 U.S.C. § 1346(b)*.

4. Plaintiff timely presented this claim in writing to the U. S. Department of Homeland Security, and filed suit within six months of the department's final written notice of the denial of the claim.

5. Plaintiff was detained, arrested, and wrongfully imprisoned in the Cameron County Jail in Cameron County, Texas, because immigration agents of the U. S. Department of Homeland Security, acting within the course and scope of their employment, failed to exercise reasonable care by negligently identifying him as someone wanted in the state of Pennsylvania. Plaintiff says that a federal statute, regulation, or policy, prescribed a course of action for immigration agents to follow before arresting plaintiff and causing his imprisonment merely because he has the same or similar name of another person who really was wanted by law enforcement; and that said agents acted in violation of the prescribed course of action. The acts and omissions of said agents took place on or about December

18, 2002 at the Gateway International Bridge in Brownsville, Texas. Said agents wrongfully detained and caused plaintiff's imprisonment for being a fugitive from justice when he was not wanted by any law enforcement agency. Said agents caused him to be imprisoned for about nine days during which time he sustained personal injuries from a tuberculosis infection as well as mental anguish, humiliation, shame, fright, and loss of freedom. Under the law of Texas, a private person would be liable to plaintiff for said acts and omissions. Under *28 U.S.C. § 1346(b)*, the United States is liable to plaintiff for his damages.

6. As a direct and proximate result of the negligence described above, plaintiff suffered the following injuries and damages: physical pain, disfigurement, mental anguish, humiliation, shame, fright, loss of freedom, lost earnings, and medical expenses.

7. Wherefore, plaintiff asks for judgment against defendant for: actual damages of $60,000.00, costs of suit, post-judgment interest against defendant if it appeals the judgment, and all other relief the Court deems appropriate.

Respectfully submitted,

*David E. Wood*
David E. Wood
State Bar Number 21887100
Federal Bar Number 7154
1317 E. Quebec Ave.
McAllen, TX 78503
956-618-0115
956-618-0445 (fax)
Attorney in Charge for Plaintiff
Juan Jose Mireles