# United States District Court

SOUTHERN DISTRICT OF TEXAS

JUAN JOSE MIRELES,
Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: B-04-135

UNITED STATES OF AMERICA,
Defendant.

TO: (Name and address of defendant)

United States of America
Civil Process Clerk
U.S. Attorney for the Southern District of Texas
600 East Harrison
Brownsville, Texas 78520

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David E. Wood
1317 E. Quebec Ave.
McAllen, TX 78503

an answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk
CLERK

9-9-04
DATE

Danielle Ahumada
(BY) DEPUTY CLERK