IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 4 2004

Michael N. Milby
Clerk of Court

JUAN JOSE MIRELES, §
Plaintiff,

v. § CIVIL ACTION NO. B-04-135

UNITED STATES OF AMERICA, §
Defendant. §

**PLAINTIFF'S LIST OF THOSE FINANCIALLY INTERESTED IN THE OUTCOME OF THIS LITIGATION**

1. Plaintiff Juan Jose Mireles

2. Plaintiff's attorney of record - David E. Wood.

3. Michael B. Cowen, attorney at law, Brownsville, Texas.

4. Defendant is the United States of America.

Respectfully submitted,

*/s/ David E. Wood*
David E. Wood
State Bar Number 21887100
Federal Bar Number 7154
1317 E. Quebec Ave.
McAllen, TX 78503
956-618-0115
956-618-0445 (fax)
Attorney in Charge for Plaintiff
Juan Jose Mireles

**CERTIFICATE OF SERVICE**

I certify that the foregoing list was sent to defendant along with the summons and complaint.

*/s/ David E. Wood*
David E. Wood