# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 10-25-04 |
| NAME OF SERVER (PRINT) DAVID E. WOOD | TITLE PLAINTIFF'S ATTORNEY |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): COPIES OF THE SUMMONS AND COMPLAINT SENT TO CIVIL PROCESS CLERK FOR U.S. ATTY - S.D. OF TX, ATTY GEN. OF THE U.S. IN WASHINGTON, D.C., AND TO U.S. DEPT. OF HOMELAND SECURITY BY CERT. MAIL R.R.R. AND RECEIVED BY THEM ON 9-24, 9-29, 9-30-04.

United States District Court
Southern District of Texas
FILED
OCT 27 2004
Michael N. Milby
Clerk of Court

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-25-04
_____
Date

Signature of Server: David E. Wood

Address of Server: 1317 E. QUEBEC AVE.
McALLEN, TX 78503

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.