IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN JOSE MIRELES,<br>Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-04-135 |
| UNITED STATES OF AMERICA,<br>Defendant. | § | |

**PLAINTIFF'S MOTION FOR CONTINUANCE OF THE INITIAL
PRETRIAL AND SCHEDULING CONFERENCE**

Plaintiff asks the Court to continue the initial pretrial and scheduling conference now set for November 3, 2004 at 1:30 p.m. before the Honorable John Wm. Black. Defendant has not made an appearance in this case because it has until November 30, 2004 to file an answer to the complaint.

Respectfully submitted,

David E. Wood
State Bar Number 21887100
Federal Bar Number 7154
1317 E. Quebec Ave.
McAllen, TX 78503
956-618-0115
956-618-0445 (fax)
Attorney in Charge for Plaintiff
Juan Jose Mireles

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing motion was sent by mail to the United States Attorney's office at 600 E. Harrison, Brownsville, TX 78520.

_____
David E. Wood