IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN JOSE MIRELES,<br>Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-04-135 |
| UNITED STATES OF AMERICA,<br>Defendant. | § | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR CONTINUANCE OF THE INITIAL PRETRIAL AND SCHEDULING CONFERENCE**

The Court has considered plaintiff's motion for continuance of the initial pretrial and scheduling conference. Said motion is granted and the initial pretrial and scheduling conference is now set for _____ .

Signed on _____ , 2004.

_____
UNITED STATES DISTRICT JUDGE