IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 0 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JUAN JOSE MIRELES, Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-04-135 |
| UNITED STATES OF AMERICA, Defendant. | § | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR CONTINUANCE OF THE INITIAL PRETRIAL AND SCHEDULING CONFERENCE**

The Court has considered plaintiff's motion for continuance of the initial pretrial and scheduling conference. Said motion is granted and the initial pretrial and scheduling conference is now set for _JANUARY 11, 2005 AT 1:30 P.M._

Signed on _2 NOV_, 2004.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE