IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUAN JOSE MIRELES,<br>    Plaintiff, | *<br>*<br>* |
| v. | *   Civil Action No. B-04-135<br>* |
| UNITED STATES OF AMERICA,<br>    Defendant. | *<br>* |

### UNITED STATES OF AMERICA'S ANSWER TO PLAINTIFF'S COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, defendant herein, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, hereby files its answer to Plaintiff's Complaint. The United States answers the consecutively numbered paragraphs as follows:

1. The United States admits the allegation in paragraph 1.

2. The allegations contained at paragraph 2 of the Plaintiff's complaint are for informational purposes only; accordingly, an answer is not required.

3. The United States admits the allegation in paragraph 3 of the Plaintiff's complaint.

4. The United States admits that Plaintiff filed a timely Standard Form 95 alleging wrongful detention, arrest and imprisonment and that Plaintiff timely filed suit within six months of the Agency's denial of his claim.

5. The United States denies the allegations in paragraph 5 of the Plaintiff's complaint.

6. The United States denies the allegations in paragraph 6 of the Plaintiff's complaint.

7. The United States submits that paragraph 7 of the Plaintiff's complaint constitutes his prayer for relief for which no answer is required. To the extent this Court desires a response, the United States denies that Plaintiff is entitled to relief.

## AFFIRMATIVE DEFENSES

In accordance with Rule 8(c) of the Federal Rules of Civil Procedure, the United States hereby asserts the following affirmative defenses:

## FIRST AFFIRMATIVE DEFENSE

The injuries and/or damages alleged in the complaint were not proximately caused by the negligent or wrongful act or omission of an employee of the United States.

## SECOND AFFIRMATIVE DEFENSE

To the extent that any of plaintiff's injuries or damages alleged in his complaint were proximately and/or solely caused by a third party, and not the United States, plaintiff's claim for recovery is reduced and/or barred accordingly.

## THIRD AFFIRMATIVE DEFENSE

The United States denies plaintiff's injuries and/or damages were caused and/or contributed to by any fault attributable to it; however, in the event this Court does attribute such fault to the United States, the United States, in the alternative, specifically pleads the applicability of superseding and/or intervening cause as a defense and a bar to recovery against the United States by plaintiff.

## FOURTH AFFIRMATIVE DEFENSE

The United States is entitled to dismissal for lack of subject-matter jurisdiction. See, 28 U.S.C. §2680(c) and Federal Rules of Civil Procedure, Rule 12(b)(1).

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff's complaint fails to state a claim upon which relief can be granted. Federal Rules of Civil Procedure, Rule 12(b)(6)

WHEREFORE, PREMISES CONSIDERED, the United States requests that Plaintiff's Complaint be dismissed with prejudice, and that all relief requested be denied. The United States requests all other relief, both law and equity, to which it is entitled.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney

*/s/ Nancy L. Masso*
NANCY L. MASSO
Assistant United States Attorney
600 E. Harrison St., No. 201
Brownsville, Texas 78520
Tel: (956) 548-2554
Fax: (956) 548-2549
State Bar No. 00800490
Federal I.D. No. 10263

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing United States of America's Answer To Plaintiff's Complaint was mailed on this the 26th day of November, 2004 via Certified Mail, Return Receipt Requested to David E. Wood, Attorney at Law, 1317 E. Quebec Avenue, McAllen, TX 78503.

*/s/ Nancy L. Masso*
NANCY L. MASSO
Assistant United States Attorney

3