IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 3 0 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUAN JOSE MIRELES, | § | |
| Plaintiffs, | § § § | |
| v. | § | Civil Action No. B-04-135 |
| UNITED STATES OF AMERICA, | § § § § | |
| Defendants | § | |

### THE UNITED STATES OF AMERICA'S CERTIFICATE OF INTERESTED PARTIES

The following are interested parties:

1. The United States of America

2. U.S. Customs and Border Protection

3. The United States Attorney's Office for the Southern District of Texas

Respectfully submitted
MICHAEL T. SHELBY
United States Attorney

*/s/ Rene Carlo Benavides*
Rene Carlo Benavides
Assistant United States Attorney
U.S. Attorney's Office, Southern Dist. of Texas
1701 W. Hwy. 83, Suite 600
McAllen, Texas 78501
(956) 618-8010    (956) 618-8016 (fax)
Texas Bar No.24025248
Southern Dist. No.26215

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing certificate has been forwarded to Plaintiffs' counsel of record, David E. Wood via facsimile or certified mail at 1317 E. Quebec Ave., McAllen, TX 78503, (956) 618 - 0445 on December 29, 2004.

Rene Carlo Benavides
Assistant United States Attorney