IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JAN 1 1 2005
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JUAN JOSE MIRELES | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-135 |
| | § | |
| UNITED STATES OF AMERICA | § | |

## ORDER

Pursuant to 28 U.S.C. §§ 636(b)(1) and 636(c) and the Cost and Delay Reduction Plan under the Civil Justice Reform Act this case is referred to United States Magistrate Judge John Wm. Black.

SIGNED on this _11th_ day of _January_, 2005.

_____
UNITED STATES DISTRICT JUDGE