# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 11 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUAN JOSE MIRELES | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-135 |
| | § | |
| UNITED STATES OF AMERICA | § | |

## CONSENT TO EXERCISE OF JURISDICTION BY A
## UNITED STATES MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| [signature] David E. Igoab | Juan Jose Mireles | 1-12-05 |
| [signature] Rene Carlo Benavides | United States | 1-11-05 |
| | | |
| | | |