United States District Court
Southern District of Texas
FILED

JAN 1 1 2005

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

CIVIL ACTION NO. B-04-135              DATE & TIME:    01-11-05 AT 1:30 P.M.

JUAN JOSE MIRELES                      PLAINTIFF(S)    DAVID ERIC WOOD
                                       COUNSEL
VS.

UNITED STATES OF AMERICA               DEFENDANT(S)    RENE CARLO BENAVIDES
                                       COUNSEL

---

CSO: Willie Canat
ERO: Dahilila Ahumada

    Attorneys David Wood and Rene Benavides appeared.

    Parties will submit an agreed scheduling order for a non-jury trial to be held in September or October, 2005.