IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 5 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **JUAN JOSE MIRELES** | § | |
| **V.** | § | CIVIL ACTION NO. B-04-135 |
| **UNITED STATES OF AMERICA** | § | |

### PLAINTIFF'S UNOPPOSED MOTION TO DISMISS CASE

1. Plaintiff asks the Court to dismiss this action against defendant because he no longer desires to prosecute it.

2. Plaintiff's counsel has conferred with AUSA Rene Carlo Benavides about this motion, and he is not opposed to it.

**Wherefore**, plaintiff asks the Court to dismiss this action with prejudice.

Respectfully submitted,

_David E. Wood_
David E. Wood
State Bar Number 21887100
1317 E. Quebec Ave.
McAllen, TX 78503
956-618-0115
956-618-0445 (fax)
Attorney for Plaintiff Juan Jose Mireles

### CERTIFICATE OF SERVICE

I certify that a copy of this motion was mailed to AUSA Rene Carlo Benavides, 1701 W. Hwy. 83, Suite 600, McAllen, TX 78501 on August 24, 2005.

_David E. Wood_
David E. Wood