IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN JOSE MIRELES | § | |
| V. | § | CIVIL ACTION NO. B-04-135 |
| UNITED STATES OF AMERICA | § | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO DISMISS CASE**

The Court, based upon Plaintiff's Unopposed Motion to Dismiss Case, hereby **GRANTS** the motion and dismisses this case with prejudice.

Signed this _____ day of _____, 2005.

_____
John Wm. Black
United States Magistrate Judge