```
                                              United States District Court
                                              Southern District of Texas
                                                      ENTERED
        IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF TEXAS       AUG 3 0 2005
              BROWNSVILLE DIVISION
                                              Michael N. Milby, Clerk of Court
                                              By Deputy Clerk _____
```

| | | |
|---|---|---|
| **JUAN JOSE MIRELES** | § | |
| **V.** | § | **CIVIL ACTION NO. B-04-135** |
| **UNITED STATES OF AMERICA** | § | |

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO DISMISS CASE

The Court, based upon Plaintiff's Unopposed Motion to Dismiss Case, hereby **GRANTS** the motion and dismisses this case with prejudice.

Signed this _29th_ day of _August_, 2005.

_____
~~John Wm. Black~~ Andrews S Hanen
United States ~~Magistrate~~ District Judge